UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RENEE QUINTYNE,<br><br>                    Plaintiff,<br><br>-against-<br><br>KENNETH DALY, KEVIN SHINE, MARIA COUPLE, NIKKI RAMBIS, JOSEPH DONNINI, ROBERT MURRAY, and JOHN EDEL,<br><br>                    Defendants. | 25-cv-04865-JLR<br><br>ORDER OF SERVICE |

JENNIFER L. ROCHON, United States District Judge:

Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action. The Clerk of Court is directed to issue a summons as to Defendant St. Thomas Aquinas College. Plaintiff is directed to serve the summons and complaint on Defendant within 90 days of the issuance of the summons.[1]

If within those 90 days, Plaintiff has not either served Defendant or requested an extension of time to do so, the Court may dismiss the claims against Defendant St. Thomas Aquinas College under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

SO ORDERED.

Dated:   June 16, 2025
         New York, New York

                                            _____
                                                JENNIFER L. ROCHON
                                                United States District Judge

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, the summons as to St. Thomas Aquinas College was not issued when the complaint was filed because St. Thomas Aquinas College was not originally a named defendant in this action.