UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RENEE QUINTYNE,<br><br>        Plaintiff,<br><br>    -against-<br><br>KENNETH DALY, KEVIN SHINE, MARIA COUPE NIKKI RAMBIS, JOSEPH DONNINI, ROBERT MURRAY, and JOHN EDEL,<br><br>        Defendants. | Case No. 1:25-cv-04865 (JLR)<br><br>**OPINION AND ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  Renee Quintyne ("Plaintiff"), proceeding *pro se*, brings this employment discrimination action against various employees at St. Thomas Aquinas College, asserting violations of various federal and state laws. *See generally* Dkt. 1. Plaintiff invokes Title VII and alleges facts showing that she filed an administrative charge with the Equal Employment Opportunity Commission against her employer, St. Thomas Aquinas College. Plaintiff has not, however, added her employer as a defendant in this action.

  In light of Plaintiff's *pro se* status, the Court construes the Complaint as asserting claims against St. Thomas Aquinas College and directs the Clerk to amend the caption of this action to include St. Thomas Aquinas College. *See* Fed. R. Civ. P. 21; *see also Viera v. Gallo*, No. 24-cv-08731 (JGK), 2024 WL 4872785, at *1 (S.D.N.Y. Nov. 21, 2024). This amendment is without prejudice to any defenses St. Thomas Aquinas College may wish to assert.

A copy of this Order shall be mailed to Plaintiff at the mailing address listed on the docket.

Dated: June 16, 2025
New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge