**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

RENEE QUINTYNE,

Plaintiff,

-against-

25 **CIVIL** 4865 (JLR)

# JUDGMENT

KENNETH DALY, KEVIN SHINE, MARIA COUPE, NIKKI RAMBIS, JOSEPH DONNINI, ROBERT MURRAY, JOHN EDEL, and ST. THOMAS AQUINAS COLLEGE,

Defendants.

-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated August 31, 2026, Defendants' motion to dismiss is GRANTED, and Plaintiff's Complaint is dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

September 2, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**